(115 App. Div. 114)

### MAINE PRODUCT CO. v. NATIONAL GUM & MICA CO.

(Supreme Court, Appellate Division, First Department. October 19, 1906.)

Appeal from Special Term, New York County.

Suit by the Maine Product Company against the National Gum & Mica Company. From an order granting an injunction, defendant appeals. Modified.

Argued before O'BRIEN, P. J., and INGRAHAM, CLARKE, and HOUGHTON, JJ.

Edward A. Alexander, for appellant.

Lewis H. Freedman, for respondent.

INGRAHAM, J. The court in this case granted the same injunction that was granted in the case of the Maine Product Company v. Alexander (decided herewith) 100 N. Y. Supp. 709. For the reasons stated in directing a modification of the order appealed from in that case, we think the order here appealed from should be modified by striking out the revision restraining the defendant from voting on, or exercising any rights arising from, or incident to, the ownership by it of the shares of stock, and, as modified, affirmed, without costs to either party. All concur.